

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

epierre@seyfarth.com
T (212) 218-5611

www.seyfarth.com

October 3, 2022

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re:   ***Byfield v. Weill Cornell Imaging New York-Presbyterian***
         **Civil Action No.: 1:22-cv-07278-VSB (S.D.N.Y.)**

Dear Judge Broderick:

    This firm represents Defendant Weill Cornell Imaging at New York-Presbyterian ("Defendant") in the above-referenced action. We write with the consent of Plaintiff's counsel to respectfully request an extension of time for Defendant to respond to Plaintiff's Civil Complaint (ECF No. 5), from October 7, 2022 to November 22, 2022. Defendant requires an extension to permit it additional time to fully investigate the allegations in the Civil Complaint, as the assigned in-house counsel and the undersigned counsel will be out of office for successive weeks through to November 2022.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Civil Complaint. This request is made in good faith, and not to cause undue delay. The proposed extension will not affect any other scheduled deadlines in this action.

    Thank you for Your Honor's kind consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ Ephraim J. Pierre

Ephraim J. Pierre

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.**   10/06/2022

cc:   Counsel of Record (via ECF)

87594496v.2