UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
JUANEITA BYFIELD,                                      :
:
                    Plaintiff,   :
:      22-CV-7278 (VSB)
      -against-                              :
:      **ORDER**
WEILL CORNELL IMAGING AT NEW            :
YORK-PRESBYTERIAN,                                     :
:
                    Defendant.   :
:
-------------------------------------------------------X

**VERNON S. BRODERICK**, United States District Judge:

      Today, I held a post-discovery telephonic conference in this case. In accordance with my comments made during the conference, the parties are hereby

      ORDERED to abide by the following deadlines: Defendant's opening summary judgment brief shall be filed on or before April 12, 2024. Plaintiff's opposition brief shall be filed on or before May 3, 2024. Defendant's reply brief shall be filed on or before May 17, 2024.

SO ORDERED.

Dated: February 21, 2024
       New York, New York

                                              _Vernon Broderick_
                                              Vernon S. Broderick
                                              United States District Judge